United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 19-10447-elf
Curlan Lewis Johnson                                        Chapter 13
            Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4        User: Keith           Page 1 of 1             Date Rcvd: Aug 15, 2019
                            Form ID: 155          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
db             +Curlan Lewis Johnson,    41 Morningside Drive,    Easton, PA 18045-3156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2019 at the address(es) listed below:
            CHARLES  LAPUTKA    on behalf of Debtor Curlan Lewis Johnson claputka@laputkalaw.com,
            jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
            CHARLES  LAPUTKA    on behalf of Plaintiff Curlan Lewis Johnson claputka@laputkalaw.com,
            jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
            JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
            jschwartz@mesterschwartz.com
            KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
            Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 bkgroup@kmllawgroup.com
            ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
            ecfmail@readingch13.com,  ecf_frpa@trustee13.com
            SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
            SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Curlan Lewis Johnson
         Debtor(s)                                        Chapter: 13

                                                               Bankruptcy No: 19−10447−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this August 15, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                    Eric L. Frank
                                  Judge ,
                                  United States Bankruptcy Court

                                              28
                                          Form 155