# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Curlan Lewis Johnson | Case No: 19-10447-elf |
| Debtor | CHAPTER 13 |

## ORDER

UPON CONSIDERATION of the Application for Allowance of Compensation filed by Counsel for the Debtor ("the Application")

IT IS HEREBY **ORDERED** that the Application is **GRANTED**. Compensation of $4,500.00 is **ALLOWED**. The Trustee may distribute the allowed compensation, less $2,190.00 that was received pre-petition

Date: 9/17/19

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE