United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Curlan Lewis Johnson  
      Debtor

Case No. 19-10447-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Sep 17, 2019  
                          Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.  
db     +Curlan Lewis Johnson,    41 Morningside Drive,    Easton, PA 18045-3156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 18 2019 03:59:32  
       Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901  
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:  
       CHARLES LAPUTKA    on behalf of Debtor Curlan Lewis Johnson claputka@laputkalaw.com,    jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
       CHARLES LAPUTKA    on behalf of Plaintiff Curlan Lewis Johnson claputka@laputkalaw.com,    jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
       JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance    jschwartz@mesterschwartz.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 bkgroup@kmllawgroup.com  
       ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)    ecfmail@readingch13.com, ecf_frpa@trustee13.com  
       SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                            TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Curlan Lewis Johnson | Case No: 19-10447-elf |
| Debtor | CHAPTER 13 |

### ORDER

UPON CONSIDERATION of the Application for Allowance of Compensation filed by Counsel for the Debtor ("the Application")

IT IS HEREBY **ORDERED** that the Application is **GRANTED**. Compensation of $4,500.00 is **ALLOWED**. The Trustee may distribute the allowed compensation, less $2,190.00 that was received pre-petition

Date: 9/17/19

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE