**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-10447** |
| **Curlan Lewis Johnson** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **October 24, 2019 at 11:00 a.m.** |
| **Movant,** | : | |
| vs | : | **Place of Hearing** |
| | : | **400 Washington Street** |
| **Curlan Lewis Johnson** | : | **Courtroom #1** |
| | : | **Reading, PA, 19601** |
| **Scott Waterman** | : | |
| **Respondents.** | | **Related Document #  35** |

## ORDER OF COURT

AND NOW, to wit, this  23rd  day of  October  , 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 37), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**