United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10447-elf
Curlan Lewis Johnson                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith            Page 1 of 1            Date Rcvd: Oct 23, 2019
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.
db             +Curlan Lewis Johnson,    41 Morningside Drive,    Easton, PA 18045-3156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 24 2019 03:00:14
                Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:
              CHARLES LAPUTKA    on behalf of Debtor Curlan Lewis Johnson claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES LAPUTKA    on behalf of Plaintiff Curlan Lewis Johnson claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 19-10447 |
| **Curlan Lewis Johnson** | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | Date and Time of Hearing |
| | : | October 24, 2019 at 11:00 a.m. |
| **Movant,** | : | |
| vs | : | Place of Hearing |
| | : | 400 Washington Street |
| **Curlan Lewis Johnson** | : | Courtroom #1 |
| | : | Reading, PA, 19601 |
| **Scott Waterman** | : | |
| | | Related Document # 35 |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, to wit, this  23rd  day of  October , 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 37), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**