**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **CURLAN LEWIS JOHNSON,** | : | Chapter 13 |
| | | : | |
| | **Debtor** | : | Bky. No. 19-10447 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 40) is **APPROVED**.

**Date: December 23, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**