| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-10447-PMM

CURLAN LEWIS JOHNSON  
41 MORNINGSIDE DRIVE  
EASTON  PA    18045

Petition Filed Date: 01/25/2019  
341 Hearing Date: 03/05/2019  
Confirmation Date: 08/15/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/19/2019 | $600.00 | | 03/11/2019 | $600.00 | | 04/22/2019 | $600.00 | |
| 05/21/2019 | $600.00 | | 06/24/2019 | $100.00 | | 06/24/2019 | $500.00 | |
| 07/24/2019 | $600.00 | | 09/03/2019 | $600.00 | Monthly Plan P | 10/01/2019 | $600.00 | |
| 10/07/2019 | $600.00 | 6236787000 | 10/07/2019 | $174.00 | 6236849000 | 11/12/2019 | $658.00 | |
| 12/31/2019 | $735.00 | | 02/03/2020 | $735.00 | | 03/02/2020 | $735.00 | |
| 03/30/2020 | $735.00 | | 04/28/2020 | $735.00 | | 05/26/2020 | $735.00 | |
| 06/22/2020 | $735.00 | | 07/21/2020 | $735.00 | | | | |

**Total Receipts for the Period:  $12,112.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $12,112.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAPITAL ONE AUTO FINANCE<br>»»  01A | Secured Creditors | $1,040.96 | $218.86 | $822.10 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»»  01B | Secured Creditors | $2,483.93 | $593.85 | $1,890.08 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  002 | Unsecured Creditors | $536.27 | $0.00 | $536.27 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  003 | Unsecured Creditors | $78.46 | $0.00 | $78.46 |
| 7 | KEYSTONE COLLECTIONS GROUP<br>»»  07P | Priority Creditors | $377.00 | $377.00 | $0.00 |
| 7 | KEYSTONE COLLECTIONS GROUP<br>»»  07U | Unsecured Creditors | $781.49 | $0.00 | $781.49 |
| 8 | KEYSTONE COLLECTIONS GROUP<br>»»  08P | Priority Creditors | $377.00 | $377.00 | $0.00 |
| 8 | KEYSTONE COLLECTIONS GROUP<br>»»  08U | Unsecured Creditors | $781.49 | $0.00 | $781.49 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»»  005 | Unsecured Creditors | $113,347.66 | $0.00 | $113,347.66 |
| 6 | SPECIALIZED LOAN SERVICING LLC<br>»»  006 | Mortgage Arrears | $26,848.33 | $5,644.97 | $21,203.36 |
| 4 | WELLS FARGO DEALER SERVICES<br>»»  004 | Secured Creditors | $1,213.60 | $255.17 | $958.43 |
| 9 | CHARLES LAPUTKA ESQ<br>»»  009 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 9 | WELLS FARGO DEALER SERVICES<br>»»  009 | Secured Creditors | $4,031.60 | $570.31 | $3,461.29 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,112.00 | Current Monthly Payment: | $735.00 |
| Paid to Claims: | $10,347.16 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,103.33 | Total Plan Base: | $42,982.00 |
| Funds on Hand: | $661.51 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.