**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Curlan Lewis Johnson** | : | Case No.: 19-10447 |
| | : | Chapter 13 |
| **Debtor(s).** | : | Judge Patricia M. Mayer |
| | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

19-034553_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-10447** |
| **Curlan Lewis Johnson** : | **Chapter 13** |
| : | **Judge Patricia M. Mayer** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | |
| **Fargo Auto** : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Curlan Lewis Johnson** : | |
| : | |
| **Scott F. Waterman** : | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

Charles Laputka, Attorney for Curlan Lewis Johnson, Laputka Law Offices, 1344 W. Hamilton St., Allentown, PA  18102, claputka@laputkalaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2021:

Curlan Lewis Johnson, 41 Morningside Drive, Easton, PA  18045


DATE: <u>March 8, 2021</u>

                                                        /s/ Sarah E. Barngrover
                                                        Sarah E. Barngrover, Esquire (323972)
                                                        Adam B. Hall (323867)
                                                        Manley Deas Kochalski LLC
                                                        P.O. Box 165028

19-034553_PS

                                Columbus, OH  43216-5028  
                                Telephone: 614-220-5611  
                                Fax: 614-627-8181  
                                Attorneys for Creditor  
                                The case attorney for this file is Sarah E. Barngrover.  
                                Contact email is sebarngrover@manleydeas.com

19-034553_PS