Office Mailing Address:                                                    Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                   Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                          P.O. Box 680
Reading, PA  19606                                                          Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-10447-PMM

CURLAN LEWIS JOHNSON                                        Petition Filed Date: 01/25/2019
41 MORNINGSIDE DRIVE                                          341 Hearing Date: 03/05/2019
EASTON  PA    18045                                        Confirmation Date: 08/15/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | $735.00 | | 03/02/2020 | $735.00 | | 03/30/2020 | $735.00 | |
| 04/28/2020 | $735.00 | | 05/26/2020 | $735.00 | | 06/22/2020 | $735.00 | |
| 07/21/2020 | $735.00 | | 08/31/2020 | $735.00 | | 09/28/2020 | $735.00 | |
| 10/28/2020 | $735.00 | | 11/23/2020 | $735.00 | | 12/21/2020 | $735.00 | |
| 01/19/2021 | $735.00 | | 02/16/2021 | $735.00 | | 03/29/2021 | $735.00 | |
| 04/26/2021 | $735.00 | | | | | | | |

**Total Receipts for the Period: $11,760.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $18,727.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAPITAL ONE AUTO FINANCE »» 01S | Secured Creditors | $1,040.96 | $415.24 | $625.72 |
| 1 | CAPITAL ONE AUTO FINANCE »» 01P | Secured Creditors | $2,483.93 | $1,045.42 | $1,438.51 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $536.27 | $0.00 | $536.27 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $78.46 | $0.00 | $78.46 |
| 7 | KEYSTONE COLLECTIONS GROUP »» 07P | Priority Crediors | $377.00 | $377.00 | $0.00 |
| 7 | KEYSTONE COLLECTIONS GROUP »» 07U | Unsecured Creditors | $781.49 | $0.00 | $781.49 |
| 8 | KEYSTONE COLLECTIONS GROUP »» 08P | Priority Crediors | $377.00 | $377.00 | $0.00 |
| 8 | KEYSTONE COLLECTIONS GROUP »» 08U | Unsecured Creditors | $781.49 | $0.00 | $781.49 |
| 5 | SPECIALIZED LOAN SERVICING LLC »» 005 | Unsecured Creditors | $113,347.66 | $0.00 | $113,347.66 |
| 6 | SPECIALIZED LOAN SERVICING LLC »» 006 | Mortgage Arrears | $26,848.33 | $10,710.50 | $16,137.83 |
| 4 | WELLS FARGO DEALER SERVICES »» 004 | Secured Creditors | $1,213.60 | $484.14 | $729.46 |
| 9 | CHARLES LAPUTKA ESQ »» 009 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 9 | WELLS FARGO DEALER SERVICES »» 009 | Secured Creditors | $4,031.60 | $1,397.23 | $2,634.37 |
| 10 | CAPITAL ONE AUTO FINANCE »» 01U | Unsecured Creditors | $2,026.55 | $0.00 | $2,026.55 |

**Chapter 13 Case No. 19-10447-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,727.00 | Current Monthly Payment: | $735.00 |
| Paid to Claims: | $17,116.53 | Arrearages: | $735.00 |
| Paid to Trustee: | $1,610.47 | Total Plan Base: | $42,982.00 |
| Funds on Hand: | $0.00 | | |

## NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.