Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-10447-PMM**

CURLAN LEWIS JOHNSON  
41 MORNINGSIDE DRIVE  
EASTON  PA    18045

Petition Filed Date: 01/25/2019  
341 Hearing Date: 03/05/2019  
Confirmation Date: 08/15/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $735.00 | | 06/11/2021 | $735.00 | | 07/01/2021 | $735.00 | |
| 07/19/2021 | $735.00 | | 08/18/2021 | $735.00 | | 09/28/2021 | $735.00 | |
| 10/25/2021 | $735.00 | | 11/22/2021 | $735.00 | | 12/21/2021 | $735.00 | |
| 01/18/2022 | $735.00 | | 02/15/2022 | $735.00 | | 03/14/2022 | $735.00 | |
| 04/25/2022 | $735.00 | | 05/23/2022 | $735.00 | | 06/21/2022 | $735.00 | |
| 07/18/2022 | $735.00 | | | | | | | |

**Total Receipts for the Period: $11,760.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,752.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAPITAL ONE AUTO FINANCE<br>»»  01S | Secured Creditors | $1,040.96 | $707.40 | $333.56 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»»  01P | Secured Creditors | $2,483.93 | $1,717.08 | $766.85 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  002 | Unsecured Creditors | $536.27 | $0.00 | $536.27 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  003 | Unsecured Creditors | $78.46 | $0.00 | $78.46 |
| 7 | KEYSTONE COLLECTIONS GROUP<br>»»  07P | Priority Crediors | $377.00 | $377.00 | $0.00 |
| 7 | KEYSTONE COLLECTIONS GROUP<br>»»  07U | Unsecured Creditors | $781.49 | $0.00 | $781.49 |
| 8 | KEYSTONE COLLECTIONS GROUP<br>»»  08P | Priority Crediors | $377.00 | $377.00 | $0.00 |
| 8 | KEYSTONE COLLECTIONS GROUP<br>»»  08U | Unsecured Creditors | $781.49 | $0.00 | $781.49 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»»  005 | Unsecured Creditors | $113,347.66 | $0.00 | $113,347.66 |
| 6 | SPECIALIZED LOAN SERVICING LLC<br>»»  006 | Mortgage Arrears | $26,848.33 | $18,245.57 | $8,602.76 |
| 4 | WELLS FARGO DEALER SERVICES<br>»»  004 | Secured Creditors | $1,213.60 | $824.73 | $388.87 |
| 9 | CHARLES LAPUTKA ESQ<br>»»  009 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 9 | WELLS FARGO DEALER SERVICES<br>»»  009 | Secured Creditors | $4,031.60 | $2,627.26 | $1,404.34 |
| 10 | CAPITAL ONE AUTO FINANCE<br>»»  01U | Unsecured Creditors | $2,026.55 | $0.00 | $2,026.55 |

**Chapter 13 Case No. 19-10447-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,752.00 | Current Monthly Payment: | $735.00 |
| Paid to Claims: | $27,186.04 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,565.96 | Total Plan Base: | $42,982.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.