**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-10447** |
| **Curlan Lewis Johnson** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Related Document # 35** |
| **Fargo Auto** | : | |
| **Movant,** | : | |
| | : | |
| vs | : | |
| | : | |
| **Curlan Lewis Johnson** | : | |
| | : | |
| **Scott F. Waterman** | : | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, to wit, this 29th  day of   August              , 2022, upon consideration of the foregoing Amended Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.    The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.    Pursuant to the Amended Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

Charles Laputka, Attorney for Debtor, Laputka Law Offices, 1344 W. Hamilton St., Allentown, PA  18102, claputka@laputkalaw.com (notified by ecf)

Curlan Lewis Johnson, Debtor, 41 Morningside Drive, Easton, PA  18045 (notified by regular US Mail)