United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10447-pmm |
| Curlan Lewis Johnson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 29, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curlan Lewis Johnson, 41 Morningside Drive, Easton, PA 18045-3156 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2022 23:49:51 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 29 2022 23:40:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | *+ | HSBC Bank USA, National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 31, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 29, 2022 | Form ID: pdf900 | Total Noticed: 4

| Name | Email Address |
| --- | --- |
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| CHARLES LAPUTKA | on behalf of Plaintiff Curlan Lewis Johnson claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Curlan Lewis Johnson claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-10447** |
| **Curlan Lewis Johnson** : | **Chapter 13** |
| : | **Judge Patricia M. Mayer** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** : | **Related Document # 35** |
| **Movant,** : | |
| vs : | |
| : | |
| **Curlan Lewis Johnson** : | |
| : | |
| **Scott F. Waterman** : | |
| **Respondents.** | |

**ORDER OF COURT**

AND NOW, to wit, this 29th day of August, 2022, upon consideration of the foregoing Amended Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Amended Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

Charles Laputka, Attorney for Debtor, Laputka Law Offices, 1344 W. Hamilton St., Allentown, PA  18102, claputka@laputkalaw.com (notified by ecf)

Curlan Lewis Johnson, Debtor, 41 Morningside Drive, Easton, PA  18045 (notified by regular US Mail)