# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-10447 |
| **Curlan Lewis Johnson** | : Chapter 13 |
| | : Judge Patricia M. Mayer |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : Related Document # 9 |
| | : |
| Movant, | : |
| vs | : |
| | : |
| **Curlan Lewis Johnson** | : |
| | : |
| **Scott F. Waterman, Trustee** | : |
| Respondents. | |

## PRAECIPE OF WITHDRAWAL OF SUPPLEMENTAL PROOF OF CLAIM (CLAIM NO. 9)

Now comes Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor") by and through counsel, and hereby withdraws its Supplemental Proof of Claim which was filed in this Court on November 4, 2019 as Claim Number 9. The Supplemental Proof of Claim needs to be withdrawn because an Amended Proof of Claim was filed.

Respectfully submitted,

/s/Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

19-034553_WPC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-10447 |
| **Curlan Lewis Johnson** | : Chapter 13 |
| | : Judge Patricia M. Mayer |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : Related Document # 9 |
| | : |
| Movant, | : |
| vs | : |
| | : |
| **Curlan Lewis Johnson** | : |
| | : |
| **Scott F. Waterman, Trustee** | : |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Supplemental Proof of Claim (Claim No. 9) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Charles Laputka, Attorney for Curlan Lewis Johnson, claputka@laputkalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Curlan Lewis Johnson, 41 Morningside Drive, Easton, PA  18045

/s/Alyk L. Oflazian

19-034553_WPC