**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Curlan Lewis Johnson** | **Case # 19-10447-PMM** |
| **Debtor** | **CHAPTER 13** |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Motion to Modify Plan docketed at # 59 filed on September 28, 2022.

Respectfully Submitted,

Date: December 14, 2022

By: /s/*Charles Laputka, Esquire*
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
Attorney for Debtor
1344 W. Hamilton St.
Allentown, PA 18102
Phone: (610)477-0155
Fax: (484) 350-3581
claputka@laputkalaw.com