## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Curlan Lewis Johnson** | **Case # 19-10447-PMM** |
| **Debtor** | **CHAPTER 13** |

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Chapter 13 Plan (doc # 67, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. # 69) is **APPROVED**.

**BY THE COURT:**

**Date:** _____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**