## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Curlan Lewis Johnson | Case # 19-10447-PMM |
| Debtor | CHAPTER 13 |

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Chapter 13 Plan (doc # 67, the "Motion"):

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan (doc. # 70) is **APPROVED**.

BY THE COURT:

*Patricia M. Mayer*

**Date:** 4/6/23

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**