Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-10447-PMM**

CURLAN LEWIS JOHNSON  
41 MORNINGSIDE DRIVE  
EASTON  PA    18045

Petition Filed Date: 01/25/2019  
341 Hearing Date: 03/05/2019  
Confirmation Date: 08/15/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $735.00 | | 09/26/2022 | $735.00 | | 10/24/2022 | $1,458.00 | |
| 11/21/2022 | $1,458.00 | | 12/20/2022 | $1,458.00 | | 01/25/2023 | $1,458.00 | |
| 02/28/2023 | $1,441.00 | | 03/22/2023 | $1,441.00 | | 04/20/2023 | $1,800.00 | |
| 05/30/2023 | $1,800.00 | | 06/27/2023 | $359.00 | | 06/27/2023 | $1,800.00 | |
| 07/17/2023 | $1,800.00 | | | | | | | |

**Total Receipts for the Period:  $17,743.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $47,495.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAPITAL ONE AUTO FINANCE »» 01S | Secured Creditors | $1,040.96 | $962.67 | $78.29 |
| 1 | CAPITAL ONE AUTO FINANCE »» 01P | Secured Creditors | $2,483.93 | $2,303.93 | $180.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $536.27 | $0.00 | $536.27 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $78.46 | $0.00 | $78.46 |
| 7 | KEYSTONE COLLECTIONS GROUP »» 07P | Priority Crediors | $377.00 | $377.00 | $0.00 |
| 7 | KEYSTONE COLLECTIONS GROUP »» 07U | Unsecured Creditors | $781.49 | $0.00 | $781.49 |
| 8 | KEYSTONE COLLECTIONS GROUP »» 08P | Priority Crediors | $377.00 | $377.00 | $0.00 |
| 8 | KEYSTONE COLLECTIONS GROUP »» 08U | Unsecured Creditors | $781.49 | $0.00 | $781.49 |
| 5 | SPECIALIZED LOAN SERVICING LLC »» 005 | Unsecured Creditors | $113,347.66 | $0.00 | $113,347.66 |
| 6 | SPECIALIZED LOAN SERVICING LLC »» 006 | Mortgage Arrears | $26,848.33 | $24,829.05 | $2,019.28 |
| 4 | WELLS FARGO DEALER SERVICES »» 004 | Secured Creditors | $16,314.13 | $9,564.50 | $6,749.63 |
| 9 | CHARLES LAPUTKA ESQ »» 009 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 9 | WELLS FARGO DEALER SERVICES »» 009 | Secured Creditors | $2,709.86 | $2,709.86 | $0.00 |
| 10 | CAPITAL ONE AUTO FINANCE »» 01U | Unsecured Creditors | $2,026.55 | $0.00 | $2,026.55 |

**Chapter 13 Case No. 19-10447-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,495.00 | Current Monthly Payment: | $1,800.00 |
| Paid to Claims: | $43,434.01 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,060.99 | Total Plan Base: | $58,295.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.