Certificate Number: 17082-PAE-DE-038222163

Bankruptcy Case Number: 19-10447



17082-PAE-DE-038222163

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2024, at 5:51 o'clock PM MST, CURLAN L JOHNSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 26, 2024                    By:    /s/Orsolya K Lazar

                                            Name:  Orsolya K Lazar

                                            Title: Executive Director