United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Curlan Lewis Johnson  
    Debtor

Case No. 19-10447-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Feb 29, 2024      Form ID: 138OBJ      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curlan Lewis Johnson, 41 Morningside Drive, Easton, PA 18045-3156 |
| 14377281 | + | Deutsche Bank National Trust, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14263196 | + | LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14263198 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14263201 | + | Trident Asset Management LLC, 53 Perimeter Center East, Suite 440, Atlanta, GA 30346-2230 |
| 14395786 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 01 2024 00:37:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 01 2024 00:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14263194 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 00:48:52 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5075 |
| 14263193 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 01 2024 00:49:01 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 14266270 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2024 00:48:52 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14605706 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2024 00:48:51 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14276331 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2024 00:49:08 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14289998 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 01 2024 00:37:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14303870 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 01 2024 00:38:00 | Easton Area S.D. c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14295091 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 01 2024 00:37:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14263195 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 01 2024 00:38:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14263197 | + | Email/Text: bnc-capio@quantum3group.com | Mar 01 2024 00:38:00 | MBA Law Offices, 3400 Texoma Pkwy, Suite 100, Sherman, TX 75090-1916 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

| 14303874 | + Email/Text: Bankruptcy@keystonecollects.com | Mar 01 2024 00:38:00 | Palmer Township c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14278858 | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2024 00:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14263199 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 01 2024 00:37:00 | Specialized Loan Services, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129-2386 |
| 14263200 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 01 2024 00:37:00 | Specialized Loan Servicing, 8742 Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |
| 14285060 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2024 00:49:10 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14416340 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2024 00:49:02 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14263202 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2024 00:48:50 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14285062 | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| CHARLES LAPUTKA | on behalf of Debtor Curlan Lewis Johnson claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Plaintiff Curlan Lewis Johnson claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 29, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

JASON BRETT SCHWARTZ
    on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

KEVIN G. MCDONALD
    on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Curlan Lewis Johnson

    Debtor(s)             Case No: 19−10447−pmm

                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/29/24